UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| GALENEA CORP. | ) | Case No. 16-14581-JEB |
|     Debtor | ) | |

-------------------------------------

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING CASE

The Trustee's Final Report and Account After Distribution having been submitted by the Trustee to the United States Trustee, along with cancelled checks and ending bank statement reflecting a zero ($0) ending balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

IT IS HEREBY ORDERED that the Trustee's Final Report and Account After Distribution is APPROVED, and further that the Trustee is discharged from his duties herein as trustee.

IT IS FURTHER ORDERED that this case is closed pursuant to 11 USC § 350(a) and F.R.B.P. 5009.

Dated:   05/31/2023

_____
Janet E. Bostwick, Bankruptcy Judge